**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Cr. No.: <u>21-cr-10089</u>** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **REGINALD DONNAIL WISEMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS (USA)

---

**COMES NOW**, the United States of America, by and through Joseph C. Murphy, Jr., United States Attorney for the Western District of Tennessee, and pursuant to Local Cr. Rule 32.1(d), United States District Court, Western District of Tennessee, files this pleading to advise the Court that the United States of America has no objection to the presentence report filed in this cause.

> Respectfully submitted,
>
> JOSEPH C. MURPHY, JR.
> United States Attorney
>
> <u>s/Hillary L. Parham</u>
> HILLARY L. PARHAM
> Assistant United States Attorney
> 109 South Highland, Suite 300
> Jackson, Tennessee 38301
> (731) 422-6220

1

2

## CERTIFICATE OF SERVICE

I, Hillary L. Parham, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been sent via electronic filing to all counsel of record

this 22nd day of July, 2022.

s/Hillary L. Parham
HILLARY L. PARHAM
Assistant United States Attorney

2