**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            Cr. No. 21-10089-STA

REGINALD DONNAIL WISEMAN,

      Defendant.

## DEFENDANT'S POSITION REGARDING SENTENCING

Comes now Defendant, Reginald Donnail Wiseman, by and through counsel, and submits the following in response to the presentence report (ECF No. 28) filed herein.  The numbered paragraphs correspond to the numbered paragraphs of the report.

Defense counsel has reviewed the report and recommendation with Defendant.

**PART D. SENTENCING OPTIONS**

*Review of Statutory Factors in support of a Variance*

**18 U.S.C. § 3553(a)(1):    The nature and circumstances of the offense and the history and characteristics of the defendant.**

In this case, Mr. Wiseman made a very foolish decision to sell and possess methamphetamine. Mr. Wiseman's felony history mainly consists of selling/possession with intent to sell relatively small amounts of drugs. (ECF No. 28, ¶¶39-40, 43) The instant case appears to be the first occasion Mr. Wiseman has been in possession of a relatively large amount of narcotics. To his credit, once he was questioned, he immediately admitted his involvement in the offense and

1

continues to accept responsibility for his actions. (PSR, ¶¶8,12) It is clear that Mr. Wiseman has suffered from drug addiction for many years. After his most recent release from custody, he did not have a strong support system and ended up living in a hotel in Henry County. As noted in the presentence report, much of Mr. Wiseman's troubles stem from spending time in Henry County. (ECF NO. 28, ¶60) Mr. Wiseman knows that, upon his release, he needs to stay away from Henry County.

Mr. Wiseman's social history reveals that his father was incarcerated for approximately thirteen years during Mr. Wiseman's childhood. His grandmother and great-grandmother cared for him while his mother worked, but he was subjected to attempted rape by one of his uncles. (ECF No. 28, ¶55) It is apparent that Mr. Wiseman became an addict at a very young age. He has used practically every drug imaginable and strongly desires residential treatment while in custody of the Bureau of Prisons. Mr. Wiseman respectfully asks the Court to recommend him for placement in RDAP while he is incarcerated.

**18 U.S.C. § 3553(a)(2)(B):    to afford adequate deterrence to criminal conduct**

Mr. Wiseman's sentence in this case will serve as a strong deterrent. As a Career Offender, Mr. Wiseman faces between 188 and 235 months of imprisonment. Such a lengthy sentence will remind him of the need to follow the law in the future.

**18 U.S.C. § 3553(a)(2)(C):    to protect the public from further crimes of the defendant**

As stated above, Mr. Wiseman will be imprisoned for many years due to his conduct in this case. He will likely be in his sixties when he is released.

**18 U.S.C. § 3553(a)(2)(D):    to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.**

2

Mr. Wiseman is amenable to any training programs while in custody.

## CONCLUSION

From the day of his arrest, Mr. Wiseman has accepted responsibility for his actions. Considering the factors listed in the presentence report, Mr. Wiseman asks the Court to grant him a variance below the Career Offender guideline range.. However, should the Court find that Mr. Wiseman should be sentenced as a Career Offender, he requests that the Court impose a sentence of 188 months' confinement.

Respectfully submitted, this the 27th day of July, 2022.


s/ *Greg Gookin*
Greg Gookin, TN BPR #023649
Assistant Federal Defender
109 S. Highland, Ste. 105
Jackson, TN 38301
(731) 427-2556


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system, or if filed under seal, by hand delivery or by mailing same to:

Ms. Hillary Parham
Assistant U.S. Attorney
109 S. Highland Avenue, Suite 300
Jackson, TN 38301

This the 27th day of July, 2022.

s/ *Greg Gookin*
Greg Gookin
Assistant Federal Defender

3